**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 345 EAL 2020

         Respondent              :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

         v.                        :

MALIK NOEL,                    :

          Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.